# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
THE COUNTY OF KNOX, NEBRASKA, *
Plaintiff, *
v. * No. 02-1517L
THE UNITED STATES, * (Filed: September 7, 2006)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

A status conference by telephone was held in the above-captioned case on September 6, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, October 18, 2006, at 2:30 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims