# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THE COUNTY OF KNOX, NEBRASKA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 02-1517L

(Filed: April 26, 2007)

## ORDER

A status conference by telephone was held in the above-captioned case on April 25, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, June 27, 2007, at 3:00 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims