# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
THE COUNTY OF KNOX, NEBRASKA, *
Plaintiff, *
v. * No. 02-1517L
THE UNITED STATES, * (Filed: November 21, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The status conference set for December 12, 2007, is rescheduled to Wednesday, December 19, 2007, at 3:00 p.m. ET in the above-entitled case. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims