# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
THE COUNTY OF KNOX, NEBRASKA, *
Plaintiff, *
v. * No. 02-1517L
THE UNITED STATES, * (Filed: December 19, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>O R D E R</u>**

A status conference by telephone was held in the above-captioned case on December 19, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, March 19, 2008, at 3:00 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims