# In the United States Court of Federal Claims

| | |
|---|---|
| THE COUNTY OF KNOX, NEBRASKA,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 02-1517L<br>(Filed: June 26, 2008) |

## **ORDER**

A status conference by telephone was held in the above-captioned case on June 25, 2008.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, September 3, 2008, at 2:30 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims